expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.

894 A.2d 658

IN THE MATTER OF THOMAS A. CATTANI, AN ATTORNEY
AT LAW (ATTORNEY NO. 035371988).

March 30, 2006.

## ORDER

The Disciplinary Review Board having field with the Court as a matter of final discipline its decision in 05–306, concluding that **THOMAS A. CATTANI** of **LODI**, who was admitted to the bar of this State in 1988, should be suspended from the practice of law for a period of one year for violating *RPC* 1.8(a) (prohibited business transaction with client), *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping violations), *RPC* 8.4(b) (commission of criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness), and *RCP* 8.4(c) (conduct involving fraud, dishonesty, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **THOMAS A. CATTANI** is suspended from the practice of law for a period of one year and until the further Order of the Court, effective April 24, 2006; and it is further

ORDERED that **THOMAS A. CATTANI** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement

for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.